# BENJAMIN HEINRICH, P.C.
ATTORNEY AT LAW
189 EAST 163rd STREET
BRONX, NEW YORK 10451

E MAIL Ben@bheinrichpc.com
www.thebronxcriminallawyer.com

TELEPHONE 718-588-4400
FAX 718-588-4716

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/12

February 21, 2012

The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Via Fax: (212) 805-7948

Re: United States v. Nicosia et al.,
S2 11 Cr. 674 (RJH)

Your Honor:

In observance of "Yartzeit," the one year anniversary of his grandmother's passing, Mr. Bruce Rosenblum respectfully requests that his travel restrictions be modified to allow him to visit his grandmother's grave site in Woodridge, New Jersey. Mr. Rosenblum would like to attend a prayer ceremony in honor of his grandmother on Sunday, February 26, 2012 from 12-5pm.

I thank you, in advance, for your kind courtesies extended in this matter.

Respectfully submitted,

*Benjamin Heinrich*
Benjamin Heinrich
BH/mc

SO ORDERED

*Loretta A. Preska*

2/23/12